**Appeal Dismissed and Memorandum Opinion filed December 3, 2015.**



**In The**

## Fourteenth Court of Appeals

---

### NO. 14-15-00716-CV

---

## VALERIE  A. PHILLIPS AKA VALERIE PHILLIPS, Appellant

### V.

## EXCELSIOR ON THE PARK, Appellee

---

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1065413**

---

### M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed August 19, 2015.  The notice of appeal was filed August 19, 2015.  To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs); Tex. Gov't Code Ann. § 51.207.

On November 4, 2015, this court ordered appellant to pay the appellate filing fee on or before November 16, 2015, or the appeal would be dismissed.

Appellant has not paid the appellate filing fee. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).


PER CURIAM


Panel consists of Justices Jamison, McCally, and Wise.